**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CUNNINGHAM & ASSOCIATES, PLC<br><br>    Plaintiffs,<br><br>v.<br><br>ARAG, LLC<br><br>    Defendants. | Case No. 1:11-cv-01983-BAH |

## CERTIFICATE REQUIRED BY LCvR 7.1

I, the undersigned, counsel of record for ARAG, LLC, ARAG Services, LLC, and ARAG Insurance Company, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of ARAG, LLC, ARAG Services, LLC, and ARAG Insurance Company which may have any outstanding securities in the hands of the public:

1. ARAG North America, Inc. is the parent corporation of ARAG, LLC, ARAG Services, LLC, and ARAG Insurance Company.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: November 16, 2011

/s/
Jaime Walker Luse (D.C. Bar No. 501944)
Tydings & Rosenberg LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202
(410) 752-9700
(410) 727-5460 (fax)
jluse@tydingslaw.com

Attorneys for Defendants
ARAG, LLC
ARAG Services, LLC
ARAG Insurance Company

#1628878v.1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 16th day of November, 2011, a copy of the foregoing Certificate Required by LCvR 7.1 was electronically filed and served via first class mail on:

Robert J. Gastner, Esquire and Joseph F. Cunningham, Cunningham & Associates, PLC, 1600 Wilson Blvd., Suite 1008, Arlington, Virgina 22209.

Dated:  November 16, 2011

/s/
Jaime Walker Luse (D.C. Bar No. 501944)
Tydings & Rosenberg LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202
(410) 752-9700
(410) 727-5460 (fax)
jluse@tydingslaw.com

Attorneys for Defendants
ARAG, LLC
ARAG Services, LLC
ARAG Insurance Company